IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEBRA A. GIBBLE,** : | **CIVIL ACTION** |
| **Plaintiff** : | |
| : | |
| **v.** : | |
| : | |
| **JO ANNE B. BARNHART,** : | No. 06-1384 |
| **Commissioner of the** : | |
| **Social Security Administration,** : | |
| **Defendant** : | |

### ORDER

AND NOW, this 21st day of June, 2007, upon consideration of Plaintiff's request for review, Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells, to which neither Plaintiff nor Defendant have filed objections, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Plaintiff's Motion for Summary Judgment is **GRANTED in part** and **DENIED in part**;

4. The case is **REMANDED** to the Commissioner of the Social Security Administration so that the Administrative Law Judge can conduct additional proceedings consistent with the Report and Recommendation. Accordingly, upon remand, the ALJ shall: (a) properly evaluate Dr. Paul J. Wilson's opinion that Plaintiff is disabled; and (b) properly evaluate Plaintiff's testimony concerning the functional limitations caused by her abdominal pain; and

5.        The Clerk's Office shall close this case for statistical purposes.

        AND IT IS SO ORDERED:

*s/ Paul S. Diamond*

_____
PAUL S. DIAMOND, J.